IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HEANYI JOSEPH OKORAFOR, :
:
    Petitioner, :
:
v. : 3:17-CV-716
: (JUDGE MARIANI)
CRAIG A. LOWE, :
:
    Respondent. :

## ORDER

AND NOW, THIS 18th DAY OF AUGUST, 2017, upon consideration of Magistrate Judge Carlson's Report and Recommendation (Doc. 10) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation is **ADOPTED** for the reasons set forth therein as well as those set forth in this Court's accompanying Memorandum.

2. Petitioner Okorafor's "Emergency Petition for a Writ of Habeas Corpus" (Doc. 1) is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

Robert D. Mariani
United States District Judge